James H. Power
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com
       marie.larsen@hklaw.com

*Attorneys for Plaintiff*
*Baere Maritime LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAERE MARITIME LLC,
individually and on behalf of
M/V YASA GOLDEN HORN (IMO No. 9334040)

15 Civ _____ ( )

Plaintiff,

- against -

O W BUNKER PANAMA S.A., O.W. BUNKER
USA INC, O.W BUNKER NORTH AMERICA
INC, O.W. BUNKER HOLDING NORTH
AMERICA INC. ING BANK N.V.

Defendants.

---

## EX PARTE APPLICATION TO DEPOSIT FUNDS INTO REGISTRY OF COURT

Baere Maritime LLC ("Baere Maritime or "Plaintiff"), individually and on behalf of the vessel M/V Yasa Golden Horn (the "Vessel"), files this application pursuant to 28 U.S.C. § 1335 and under Rule E of the Supplemental Rules for Admiralty or Maritime Claims for permission to deposit into the registry of this Court the sum of $761,503.42, representing the amount owed for the sale and delivery of bunker fuel to the Vessel, plus 6% annual interest on the amount to secure any *in rem* claims against the Vessel and any *in personam* claims against Plaintiff.

WHEREFORE, Plaintiff prays that its check be received into the registry of this Court as payment of disputed property for the ultimate disposition by order of this Court in the above-styled interpleader action. A proposed order is submitted with this application.

Dated: New York, New York
April 8, 2015

                HOLLAND & KNIGHT LLP

                By: _/s/ James H. Power_
                James H. Power
                Marie E. Larsen
                31 West 52nd Street
                New York, New York 10019
                Telephone: 212-513-3200
                Telefax: 212-385-9010
                Email: james.power@hklaw.com
                          marie.larsen@hklaw.com

*Attorneys for Plaintiff Baere Maritime LLC,
individually and on behalf of
M/V Yasa Golden Horn (IMO No. 9334040)*